**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

10-36547

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __SCOTT, DWIGHT__ DEBTOR: __SCOTT, DIANNE__ CASE NO.: _____
Last Four Digits of SS# __XXX-XX-5501__ Last Four Digits of SS# __XXX-XX-3945__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ __132.00__ for months __1__ to __60__ ;
B. $_____ for months _____ to _____ ;
C. $_____ for months _____ to _____ in order to pay the following creditors:

Administrative: Attorney's Fee $ __3,500.00__ TOTAL PAID $ __1,500.00__
Balance Due $ __2,000.00__ payable $ __100.00__ /month (Months __1__ to __20__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. _____
Address _____
Account No. _____
Arrearage on Petition Date $ _____
Arrears Payment $_____ /month (Months _____ to _____)
Regular Payment $_____ /month (Months _____ to _____)
Arrears Payment $_____ /month (Months _____ to _____)

2. _____
Address _____
Account No. _____
Arrearage on Petition Date $ _____
Arrears Payment $_____ /month (Months _____ to _____)
Regular Payment $_____ /month (Months _____ to _____)
Arrears Payment $_____ /month (Months _____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description and Value of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____ Total Due $_____
Payable $_____ /month (Months _____ to _____) Regular Payment $_____

Unsecured Creditors: Pay $ __20.00__ (Months __1__ to __20__ ) Pay $ __120.00__ (Months __21__ to __50__ )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Secured Creditors Bank of America and St. Lucie County Tax Collector will be paid direct. Debtors are negotiating a modification of the mortgage with Bank of America and reserve their right to modify this Plan to either surrender the homestead or include the secured payment with arrears in a modified plan. Debtors surrender timeshare secured by BXG Timeshare Trust

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ _____
Debtor Debtor
Date: 8/30/2010 Date: 8/30/2010

LF-31(rev. 01/08/10)